# Court of Appeals
# of the State of Georgia

ATLANTA, June 20, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1104. JERRY JACKSON LEE, JR. v. THE STATE.

In 2007, a jury found Jerry Jackson Lee, Jr. guilty of aggravated sexual battery, and the trial court imposed a sentence of 20 years of confinement. This Court affirmed Lee's judgment of conviction in 2009. *Lee v. State*, 300 Ga. App. 214 (684 SE2d 348) (2009). In December 2024, Lee filed a motion to set aside judgment, asserting that the trial court lacked jurisdiction over him and that pleadings filed against him contained non-amendable defects, rendering his conviction void, which the trial court dismissed. Lee filed this appeal to challenge the dismissal of that order. We lack jurisdiction.

The Supreme Court has made clear that a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case" and that an appeal from the denial of such a motion is subject to dismissal. *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010); *Harper v. State*, 286 Ga. 216, 218 (2) (686 SE2d 786) (2009). For these reasons, we lack jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 06/20/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.